THE STATE OF OHIO, APPELLEE, *v.* O'NEAL, APPELLANT.

[Cite as *State v. O'Neal* (2000), 88 Ohio St.3d 179.]

(No. 98–1735—Submitted January 11, 2000—Decided March 8, 2000.)

*Michael K. Allen,* Hamilton County Prosecuting Attorney, and *William E. Breyer,* Assistant Prosecuting Attorney, for appellee.

*John J. Gideon,* for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons set forth in its entry dated July 9, 1998.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.